THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD PAUL CRAGG,<br>    Defendant. | Case No.: 1:17-cr-00012-LJO-SKO<br><br>AMENDED STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br><br>Date: May 15, 2017<br>Time: 1:00 p.m.<br>Judge: Sheila K. Oberto |

The United States of America through its undersigned counsel, David L. Gappa, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Edward Cragg, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on April 3, 2017.
2. By this stipulation, Defendant now moves to continue the Status Conference to May 15, 2017, at 1:00 p.m. and to exclude time between April 3, 2017, and May 15, 2017, to allow defense counsel time to prepare.
3. The parties agree and stipulate, and request the Court find the following:
    a. A continuance is requested because counsel for the defendant was recently substituted into the case and needs additional time to review the discovery, conduct investigation, and discuss potential resolutions. The government has provided discovery and extended an offer to the defendant, and the defense needs time to review and consider these items.

1

  b. Counsel for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
  c. The Government does not object to the continuance.
  d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.
  e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 3, 2017, to May 15, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE:  March 30, 2017

　　　　　　　　　　　　　　　　　　　　　　　/s/   Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Edward Cragg

DATED: March 30, 2017　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　By:　/s/ David L. Gappa
　　　　　　　　　　　　　　　　　　　　　　DAVID L. GAPPA
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

2

# ORDER

IT IS SO ORDERED.

Dated:     **March 31, 2017**                    /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

3