THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-cr-00012-LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| EDWARD PAUL CRAGG, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of pretrial release are amended. Pretrial Services and the AUSA do not object to the amended condition which will allow for Mr. Cragg to work. David Gappa, Assistant United States Attorney, and Thomas A. Johnson, attorney for Edward Cragg, agree to the amendment of the pretrial release conditions.

**Defendant Edward Cragg requests that the following conditions be removed from his conditions of pre-trial release**:

The defendant shall: participate in the following Location Monitoring component and abide by all the requirements of the program, which will include use of a location monitoring system. You shall comply with all instructions for use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. HOME INCARCERATION. You shall remain inside your residence at all times except for medical needs or treatment; religious services; and

1

court appearances pre-approved by the pretrial services officer.

**The following condition shall be added**: You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

All other previously order conditions remain in full force and effect.

**IT IS SO STIPULATED.**

Dated: June 27, 2017 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Edward Cragg


PHILLIP A. TALBERT
United States Attorney

Dated: June 27, 2017 /s/ David Gappa
DAVID GAPPA
Assistant U.S. Attorney

2

**ORDER**

IT IS SO ORDERED.

Dated: **June 27, 2017**

_____
UNITED STATES MAGISTRATE JUDGE