THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD PAUL CRAGG,<br>Defendant. | Case No.: 1:17-cr-00012-LJO-SKO<br><br>STIPULATION AND ORDER TO VACATE CHANGE OF PLEA AND SET MOTION SCHEDULE; Trial Setting Date<br><br>Date: September 25, 2017<br>Time: 8:30 a.m.<br>Judge: Lawrence J. O'Neill |

The United States of America through its undersigned counsel, David L. Gappa, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Edward Cragg, hereby stipulate the following:

1. By previous order, this matter was set for Change of Plea on July 24, 2017.
2. By this stipulation, Defendant now moves to vacate the Change of Plea and set a Rule 12 Motion Hearing on September 25, 2017, at 8:30 a.m. and to exclude time between July 24, 2017, and September 25, 2017, to allow defense counsel time to prepare.
3. The parties agree and stipulate, and request the Court find the following:
   a. A continuance is requested because counsel for the defendant has declined the government's offer and defense counsel is scheduled for knee surgery on July 21, 2017 and will be unavailable for two to three weeks following the surgery.

1

    A copy of the scheduled surgery has been included with this stipulation and labeled <u>Exhibit A</u>.

b. The parties agree to the following briefing schedule:

    i. Motion filed by August 21, 2017

    ii. Opposition due on September 11, 2017

    iii. Reply due on September 18, 2017

c. Counsel for defendant believes the failure to grant this request in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The Government does not object to the request.

e. Based on the above-stated findings, the ends of justice served by granting the request outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of July 24, 2017, to September 25, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE:  July 19, 2017

        /s/   Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Edward Cragg

DATED:  July 19, 2017

PHILLIP A. TALBERT
United States Attorney

By:   /s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney

### **ORDER**

**The request is granted.  IN ADDITION, the Court sets a Trial Setting Conference for August 14, 2017 at 8:15 a.m..   Should Defense Counsel be unable to attend in person due to immobility post op issues, he may attend by phone.**

IT IS SO ORDERED.

   Dated:   **July 20, 2017**              **/s/ Lawrence J. O'Neill**
                                                UNITED STATES CHIEF DISTRICT JUDGE