THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-cr-00012-LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL SETTING |
| vs. | Date: August 21, 2017<br>Time: 8:15 a.m. |
| EDWARD PAUL CRAGG, | Judge: Lawrence J. O'Neill |
| Defendant. | |

The United States of America through its undersigned counsel, David L. Gappa, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Edward Cragg, hereby stipulate the following:

1. By previous order, this matter was set for Trial Setting on August 14, 2017.
2. By this stipulation, Defendant now moves to continue the Trial Setting to August 21, 2017 at 8:15a.m.
3. The parties agree and stipulate, and request the Court find the following:
   a. A continuance is requested because counsel for the defendant is still recovering from knee surgery that took place on July 21, 2017 and will not be available by August 14, 2017.
   b. Counsel for defendant believes the failure to grant this request in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

    c. The Government does not object to the request.

    d. Based on the above-stated findings, the ends of justice served by granting the request outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act. A Motion Hearing is scheduled on September 25, 2017, and time has already been excluded to that date.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE: August 3, 2017

                          /s/ Thomas A. Johnson
                          THOMAS A. JOHNSON
                          Attorney for Edward Cragg

DATED: August 3, 2017          PHILLIP A. TALBERT
                          United States Attorney

                      By:  /s/ David L. Gappa
                          DAVID L. GAPPA
                          Assistant U.S. Attorney

### **ORDER**

IT IS SO ORDERED.

Dated: **August 4, 2017**          **/s/ Lawrence J. O'Neill**
                                UNITED STATES CHIEF DISTRICT JUDGE