
FILED
FEB 22 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-cr-00012 LJO SKO |
| Plaintiff, | |
| vs. | ORDER TO SEAL |
| EDWARD PAUL CRAGG | |
| Defendant. | |

The attached comprises the court's record of sealed exhibits in the hearing held on February 22, 2018 in the above entitled case.

The Clerk of the Court is hereby ordered to seal Court Exhibits A, B, and C.

DATED: February 22, 2018

/s/ I. Munoz
I. Munoz, Courtroom Deputy

1