MCGREGOR W. SCOTT
United States Attorney
David L. Gappa
Ross Pearson
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00012 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE TRIAL AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| EDWARD PAUL CRAGG, | DATE: May 22, 2018 |
| Defendant. | TIME: 8:30 a.m. |
| | COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order, the court excluded time under the Speedy Trial Act through a status conference on March 5, 2018. The parties agreed that this was necessary, because the defense had requested additional time to review discovery that previously had been provided. The court scheduled a trial on March 5, 2018, that will commence on May 22, 2018. That was the earliest date on which the calendars of all parties and necessary witnesses coincided.

2. By this stipulation, the parties have agreed to exclude time under the Speedy Trial Act through the start of the trial on May 22, 2018, based on 18 U.S.C. § § 3161(h)(1)(D), (h)(7)(A), (h)(7)(B)(i) and (iv).

3. The parties agree and stipulate, and request that the court find the following:

1

a) Since the status conference on February 22, 2018, the government has provided additional items of discovery that the defense requested.

b) Counsel for defendant will benefit from additional time to review the newly provided reports as well as to more thoroughly review evidence that already has been provided. This is especially true in light of the defense expert's availability to work on this case in the near future.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from March 5, 2018, to May 22, 2018, inclusive, is deemed excludable under 18 U.S.C. § § 3161(h)(1)(D), (h)(7)(A), (h)(7)(B)(i) and (iv) because it results from a continuance granted by the court at the defendant's request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 5, 2018
Mc GREGOR W. SCOTT
United States Attorney

/s/ David L. Gappa
David L. Gappa
Ross Pearson
Assistant United States Attorneys

Dated: March 5, 2018
/s/ Gary Huss

_____
Gary Huss
Counsel for Defendant
EDWARD PAUL CRAGG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>EDWARD PAUL CRAGG,<br><br>                Defendant. | CASE NO. 1:17-CR-00012 LJO-SKO<br><br>ORDER ON STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT THROUGH TRIAL DATE |

**ORDER**

     IT IS HEREBY ORDERED that the time period of March 5, 2018, through May 22, 2018, inclusive, is deemed excludable under 18 U.S.C. § § 3161(h)(1)(D), (h)(7)(A), (h)(7)(B)(i) and (iv) because it results from a continuance granted by the court at the defendant's request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

    Dated:   **March 5, 2018**                       /s/ Lawrence J. O'Neill     
                                                             UNITED STATES CHIEF DISTRICT JUDGE