IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD PAUL CRAGG,<br><br>    Defendant. | Case No.: 1:17-CR-00012-001 LJO<br><br>ORDER ASSIGNING DEFENDANT PRO PER STATUS |

    Defendant Edward Paul Cragg has requested to be relieved of appointed counsel and to represent himself in propria persona. After a great deal of on-the-record discussion with the Defendant about the negatives of representing one's self, the Defendant waived his right to counsel. The court has granted the Defendant's request to represent himself. Therefore it is hereby ORDERED that:

    1. The Clerk of the Court shall enter a substitution of attorney reflecting appointment as attorney of record effective April 23, 2018:

> EDWARD PAUL CRAGG
> Booking number # 1738773
> JID # 7081235
> Fresno County Jail
> P.O. Box 872
> Fresno, CA 93721

    2. A copy of this order shall be served on Fresno County Jail.

    3. The defendant shall be granted law library access at the Fresno County Jail in preparation for trial.

    4. Jury trial is CONFIRMED for May 22, 2018.

IT IS SO ORDERED.

    Dated:   **April 23, 2018**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE