

**FILED**
MAY 23 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD PAUL CRAGG,<br><br>Defendant. | CASE NO. 1:17-CR-00012-LJO<br><br>**VERDICT FORM** |

We the jury in this matter unanimously find the following verdict:

CHARGE: [Title 18 United States Code Section 2252(a)(2) - Receipt or Distribution of Material Involving the Sexual Exploitation of Minors]

From approximately August 1, 2015, through approximately March 1, 2016, in Stanislaus County, within the State and Eastern District of California, and elsewhere the defendant knowingly received or distributed any visual depiction that had been mailed, shipped or transported in or affecting interstate or foreign commerce, or which contained material that had been so mailed, shipped or transported, and the producing of which involved the use of a minor engaged in sexually explicit conduct, or the image had been sent or received using any means or facility of interstate or foreign commerce.

WE FIND that the defendant, EDWARD PAUL CRAGG, is:

Guilty __X__                           Not Guilty _____

Dated: May 23, 2018                    By: _____
                                              FOREPERSON