JURY INSTRUCTION NO. 1
(Jury's duty regarding forfeiture)



Ladies and Gentlemen of the Jury, in view of your verdict that the defendant is guilty of the offense charged in the Indictment, you have one more task to perform before you are discharged.

What you must now decide is whether the defendant must forfeit certain property which the government claims is subject to forfeiture to the United States because of its connection to his sexual exploitation of minors violations.

Under federal law, any person who knowingly possesses or receives or distributes any visual depiction that had been mailed, shipped, or transported in interstate or foreign commerce, or which contained materials that had been mailed, shipped, or transported, and the producing of the depiction involved a minor engaging in sexually explicit conduct shall forfeit to the United States:

    any visual depiction described in section 2252, or any book,

    magazine, periodical, film, videotape, or other matter which contains

    any such visual depiction, was produced, transported, mailed,

    shipped or received in violation of the above and any property, real

    or personal, used or intended to be used to commit or to promote the

    commission of such offense or any property traceable to such

    property.

Property that contains sexually explicit material involving a minor is any property used, or intended to be used, in any substantial way to store or facilitate the exchange of such depictions. All that is necessary is that the government prove that the property was used or intended to be used to commit or facilitate the commission of the exploitation of minors.

You must now consider what verdict to render on the question whether there is a nexus, that is a connection, between property that the Indictment alleges shall be forfeited to the United States in each violation count of which you have already found the defendant guilty.

I instruct you, however, that your previous finding that the defendant is guilty of a child exploitation violation is final, conclusive, and binding. Because you are bound by your previous finding

that the defendant is guilty, I direct you not to discuss in your forfeiture deliberations whether the defendant is guilty or not guilty of any child exploitation violation.

All of my previous instructions regarding direct and circumstantial evidence, credibility of witnesses, and duty to deliberate apply with respect to your verdicts regarding forfeiture.

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. 2
(Government's burden of proof regarding forfeiture)

However, my previous instructions on the government's burden of proof regarding your verdicts on the guilt of the defendant do not apply to your deliberations and verdicts regarding forfeiture. In deliberating and deciding your verdicts regarding forfeiture, I instruct you that the government need only prove by a preponderance of the evidence that property was used, or intended to be used, in the violation. The government is not required to prove this beyond a reasonable doubt.

I instruct you that, in order for the government to establish by a preponderance of the evidence that property was used or intended to be used in a violation, it must prove that it is more likely than not that the property was such property. In other words, "preponderance of the evidence" means that the government's evidence, when considered and compared with that opposed to it, has more convincing force and produces in your minds a belief that the property was used or intended to be used in a violation. Your job is to determine whether it is more likely than not that the property was used or intended to be used in a violation.

██████████ JURY INSTRUCTION NO. 3
(Jury may consider trial evidence as well as any additional evidence presented on the issue of forfeiture)

While deliberating, you may consider any evidence, including testimony, offered by the parties at any time during this trial.

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. 4
(Duty not to consider certain issues to be decided by the court)

I further instruct you that what happens to any property that is declared forfeited is exclusively a matter for the court to decide. You should not consider what might happen to the property in determining whether the property is subject to forfeiture. In this connection, you should disregard any claims that other persons may have to the property. The interests that other persons may have in the property will be taken into account by the court at a later time. Similarly, any claims that the forfeiture of the property would constitute excessive punishment will be taken into account by the court at a later time.

Your sole concern now is to determine whether the subject property, all seized by law enforcement on March 1, 2016, specifically: an OCZ Technology 60 GB 2.5 inch solid state hard drive with serial number 017681101002713; Thermaltake Desktop Computer containing three hard disk drives; Republic of Gamers Model AX850 computer tower containing ten hard disk drives; Asus 27" monitor; Vizio 54" monitor serial number LHPAQAH2908542; Motorola Surfboard Modem serial number 31700111010183980804 0011; Asus wireless router serial number BB1AGC002660; and any compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct seized from the defendant was used or intended to be used in the child exploitation violation which you have found the defendant committed.

Similarly, you are not to consider whether the property is presently available. That matter also will be considered solely by the court in imposing sentence.

~~GOVERNMENT'S PROPOSED~~ JURY INSTRUCTION NO. 5
(Unanimous verdict)

You must reach a unanimous verdict as to each question on the special verdict form.

Everyone must agree to any "YES" or "NO" answer on the special verdict form.

Everyone must agree whether the preponderance of the evidence proves that such property was used or intended to be used in the child exploitation violation of which the defendant was convicted.

JURY INSTRUCTION NO. 6
(Special verdict form)

A special verdict form has been prepared for you. The special verdict form lists the property which the government asserts is facilitating property.

You may answer by simply putting an "X" or check mark in the space provided next to the words "YES" or "NO". The foreperson must then sign and date the special verdict form.

You will see that the special verdict form asks you to consider separately whether the property is subject to forfeiture on more than one basis. Even if you find that the property is in fact subject to forfeiture for more than one reason, that does not mean that the government will receive forfeited property twice. It is important, however, that you indicate on the special verdict form all bases on which you find any given property subject to forfeiture. Any issue of double-counting will be considered by the court on a later date.