

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD PAUL CRAGG,<br><br>　　　　　　Defendant. | CASE NO. 1:17-CR-00012-LJO-SKO<br><br>SPECIAL VERDICT FORM |

We, the jury in the above-entitled case, finds as follows concerning the forfeiture of property in this case:

Question 1:

Did the Government prove by a preponderance of the evidence that the OCZ Technology 60 GB 2.5 inch solid state hard drive with serial number 017681101002713, seized from defendant's residence in Stanislaus County, Texas on March 1, 2016, was used or intended to be used to commit or to promote the offense charged in the Indictment?

YES ___✓_____

NO _____

PROPOSED FORFEITURE JURY INSTRUCTIONS　　　　9

Question 2:

Did the Government prove by a preponderance of the evidence that the Thermaltake Desktop Computer containing three hard disk drives seized from defendant's residence in Stanislaus County, California on March 1, 2016, was used or intended to be used to commit or to promote the offense charged in the Indictment?

YES ✓

NO _____

Question 3:

Did the Government prove by a preponderance of the evidence that the Republic of Gamers Model AX850 computer tower containing ten hard disk drives seized from defendant's residence in Stanislaus County, California on March 1, 2016, was used or intended to be used to commit or to promote the offense charged in the Indictment?

YES ✓

NO _____

Question 4:

Did the Government prove by a preponderance of the evidence that the Asus 27" monitor seized from defendant's residence in Stanislaus County, California on March 1, 2016, was used or intended to be used to commit or to promote the offense charged in the Indictment?

YES ✓

NO _____

Question 5:

Did the Government prove by a preponderance of the evidence that the Vizio 54" monitor serial number LHPAQAH2908542 seized from defendant's residence in Stanislaus County, California on March 1, 2016, was used or intended to be used to commit or to promote the offense charged in the Indictment?

YES ✓

NO _____

Question 6:

Did the Government prove by a preponderance of the evidence that the Motorola Surfboard Modem serial number 317001110101839808040011 seized from defendant's residence in Stanislaus County, California on March 1, 2016, was used or intended to be used to commit or to promote the offense charged in the Indictment?

YES ___✓___

NO _____

Question 7:

Did the Government prove by a preponderance of the evidence that the Asus wireless router serial number BB1AGC002660 seized from defendant's residence in Stanislaus County, California on March 1, 2016, was used or intended to be used to commit or to promote the offense charged in the Indictment?

YES ___✓___

NO _____

Question 8:

Did the Government prove by a preponderance of the evidence that the compact discs, hard drives, or other storage devices seized from defendant's residence in Stanislaus County, California on March 1, 2016, were used or intended to be used to commit or to promote the offense charged in the Indictment?

YES ___✓___

NO _____

DATE: 5/23/2018

_____
JURY FOREPERSON