UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


FILED
MAY 23 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

EDWARD PAUL CRAGG,

_____/

CASE NO. 1:17-CR-00012 LJO SKO

EXHIBIT LIST

The attached comprises the court's record of exhibits in the trial of the above-entitled case.

DATED: May 23, 2018

MARIANNE MATHERLY, CLERK

/s/ J.Thorp, Courtroom Clerk

McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>EDWARD PAUL CRAGG,<br><br>             Defendant. | CASE NO. 1:17-CR-00012 LJO-SKO<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>DATE: May 22, 2018<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief:

| EXHIBIT NUMBER | DESCRIPTION | ADMITTED IN EVIDENCE | OBJECTION FOUNDATION | OBJECTION OTHER |
|---|---|---|---|---|
| | | ʼ | | |
| 2 | Presentation on Computers | 5/22/18 | | |
| 3.1 | Photo - Apartment Complex | | | |
| 3.2 | Photo - Apartment Front Door | | | |
| 3.3 | Photo - Entryway | | | |
| 3.4 | Photo - Kitchen | | | |
| 3.5 | Photo - Wide View of Living Room | | | |
| 3.6 | Photo - Closer View of TV | | | |
| 3.7 | Photo - Close-up of Computer Tower | | | |
| 3.8 | Photo - Close-up of Display on Computer Tower | | | |
| 3.9 | Photo - Wide View of Living Room with Computer Station | | | |
| 3.10 | Photo - Close-Up of Computer Station | | | |
| 3.11 | Photo - Overhead View of Computer Tower | | | |
| 3.12 | Photo - Side View of Computer Tower | | | |
| 3.13 | Photo - Bedroom | | | |
| 3.14 | Photo - TV Turned On | | | |
| 10 | Video recording (edited) of defendant's statements | | | |
| 17 | Thermaltake computer tower (photo placeholder) | ↓ | | |

2

| | | | | | |
|---|---|---|---|---|---|
| 17.1 | EnCase forensic report showing operating system information | 5/22/18 | | | |
| 17.2 | EnCase forensic report showing that Shareaza had been installed on Exhibit 17 on 1/1/2016 | ↓ | | | |
| 17.3 | EnCase forensic report showing search term "girl" used in Shareza program on Exhibit 17 | | | | |
| 17.4 | Camtasia recording of Shareaza folder and files on Exhibit 17 | | | | |
| 17.5 | EnCase forensic report showing torrent files recovered on Exhibit 17 | | | | |
| 17.6 | Report showing files that were in Shareaza "temp" folder | ↓ | | | |
| 17.7 | Report showing files that were in Shareaza "temp" folder that were also recovered on Exhibit 22 | 5/23/18 | | | |
| 18.1 – 18.10 | Ten screen captures showing installation of Shareaza program | | | | |
| 19 | Timeline of events on Exhibit 17 (summary) | 5/22/18 | | | |
| 22 | OCZ solid state hard drive (photo placeholder) | ↓ | | | |
| 22.1 – 22.8 | EnCase Forensic Report showing files recovered from Exhibit 22 | 5/23/18 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 22.11 | Child pornography video [file title: (Children-Sf-1Man) Pthc - ▮▮▮▮ Aka Vicky (11Yo) - Vicky Beginning And Swallows - [00.14.mpg] verified by Special Agent Joshua Findley **Note** – contraband so not reproduced | 5/23/18 | | | *object By Deft |
| 22.11.1 | Approximately 30 second excerpt of Exhibit 22.11 | | | | *object by Deft |
| 22.16 | Child pornography video [file title: (Children-sf-1man) Pthc- Vicky (11yo) – ▮▮▮▮ Choking on Kenneth Freemans swallow Daddy'.mpg] verified by Special Agent Joshua Findley **Note** – contraband so not reproduced | | | | |
| 22.20 | Child pornography video [file title: (Kleuterkutje) (Hussyfan) (Pthc) Dark Secret~Very Willing Little Girls 4Yo To 7Yo.avi] verified by Detective Mike Crozier **Note** – contraband so not reproduced | | | | |
| 22.20.1 | Approximately 30 second excerpt of Exhibit 22.20 | ↓ | | | |

4

| | | | | | |
|---|---|---|---|---|---|
| 22.37 | Child pornography video [file title: (Pthc) Hc Baby J) Compilation [7yo girl fucks, includes creampie] (13m12s)(rr).mpg verified by Detective Mike Crozier  **Note** – contraband so not reproduced | 5/23/18 | | | |
| 22.37.1 | Approximately 30 second excerpt of Exhibit 22.37 | ↓ | | | |
| 23 | Xigmatek Computer Tower (photo placeholder) | 5/22/18 | | | |
| 23.1 | EnCase Forensic Report showing that uTorrent was installed on Exhibit 23 on 10/20/2013 | | | | |
| 23.2 | EnCase Forensic Report showing videos on Exhibit 22 with modified dates | 5/23/18 | | | |
| 23.3 | EnCase Forensic Report showing Recent Links from Exhibit 23 connecting files to Exhibit 22 | | | | |
| 24 | Redacted birth certificate for victim depicted in Exhibits 22.20, 22.20.1, 22.37, and 22.37.1 | | | | |
| 25 | Redacted birth certificate for victim depicted in Exhibits 22.11, 22.11.1, and 22.16 | ↓ | | | |
| 26.1 | Photo - close-up of Computer station (same as 5th.10) | | | Evidence 5/23/18 |
| 26.2 | Photo - Closer photo different Angle of 26.1 | | | Evidence 5/23/18 |
| 26.3 | Photo - Computer screen | | | Evidence 5/23/18 |

5

Dated: May 17, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney