UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT FRESNO



ORDER and
RECEIPT OF EXHIBITS AFTER TRIAL

CASE NO.    1:17-cr-00012 LJO SKO

TITLE:    United States  VS  EDWARD PAUL CRAGG

I HEREBY ACCEPT RECEIPT OF ALL or ALL OF PLAINTIFF'S/DEFENDANT'S EXHIBITS WHICH WERE ADMITTED DURING THE TRIAL IN THE ABOVE MATTER.  I UNDERSTAND THAT THESE EXHIBITS MUST BE RETAINED FOR APPEAL PURPOSES.

DATED: 5/23/18

SIGNATURE

Ross Pearson
NAME (printed)

US Attorney's office
AGENCY/PARTY