McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00012-LJO-SKO |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| EDWARD PAUL CRAGG, | |
| Defendant. | |

Based upon the jury's findings of fact and conclusions of law, and the evidence entered at the jury trial herein, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Edward Paul Cragg's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

  a. OCZ Technology 60 GB 2.5 inch solid state hard drive with serial number 017681101002713, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016;

  b. Thermaltake Desktop Computer containing three hard disk drives, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016;

  c. Republic of Gamers Model AX850 computer tower containing ten hard disk drives, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016;

  d. ASUS 27" monitor, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016;

  e. Vizio 54" monitor serial number LHPAQAH2908542, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016

  f. Motorola Surfboard Modem serial number 317001110101839808040011, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016;

  g. ASUS wireless router serial number BB1AGC002660, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016; and

  h. Computers, cellular phones, SD cards, compact discs, hard drives, or other electronic storage devices, including all content and data stored thereon, containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about March 1, 2016.

2. The above-listed assets constitute property which contain visual depictions that have been mailed, or have been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which were reproduced using materials which have been mailed or so shipped or transported, by any means in violation of 18 U.S.C. § 2252(a)(2).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Federal Bureau of Investigation, in its secure custody and control.

///

///

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **June 6, 2018**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE