RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Edward Paul Cragg

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:17-CR-00012 |
| *Plaintiff,* | |
| v. | STIPULATION TO CONTINUE SENTENCING DATE; ORDER |
| EDWARD PAUL CRAGG, | |
| *Defendant.* | |

To the above entitled District Court and the attorneys for the parties:

Please take notice that the parties in the case have agreed to continue the sentencing date of the defendant EDWARD PAUL CRAGG (Mr. Cragg") from the currently schedule date of August 20, 2018, to the new date of September 4, 2018, at 10:30 a.m., in Courtroom 4 of the above-entitled, in the Fresno Division, before the Honorable District Court Judge Lawrence J. O'Neill. The continuance is on the grounds that both parties agree that a continuance to the new sentencing date is reasonable and necessary. Mr. Cragg's defense counsel was newly appointed after the guilty verdict in this case. Defense counsel already has a sentencing hearing scheduled for August 20th in another case before Honorable District Court Judge Dale A. Drozd. This stipulated continuance is so that defense counsel can avoid the hardship of two sentencings hearing on the same date.

1

The parties agree that the continuance here is reasonable, necessary, and in the interests of justice.

For the reasons stated above, the parties stipulate as follows:

1. That Mr. Cragg's sentencing date be continued from the currently scheduled date of August 20, 2018, to new date of September 4, 2018, at 10:30 a.m., in Courtroom 4 of the above-entitled Court, in the Fresno Division, before the honorable District Court Judge Lawrence J. O'Neill/

DATED: 6/5/18 /s/ Ross Pearson
Ross Pearson
Assistant U.S. Attorney

DATED: 6/5/18 /s/ Richard M. Oberto
RICHARD M. OBERTO
Attorney for Defendant,
Edward Paul Cragg

ORDER

**IT IS HEREBY ORDERED** for good cause showing that the sentencing date of the defendant EDWARD PAUL CRAGG be continued from the currently scheduled date of August 20, 2018, to the new date of September 4, 2018, at 10:30 a.m., in Courtroom 4 of the above-entitled Court, in the Fresno Division, before Honorable District Court Judge Lawrence J. O'Neill. ***NO FURTHER CONTINUANCES WILL BE ENTERTAINED.***

IT IS SO ORDERED.

Dated: **June 7, 2018**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE