RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant
Edward Paul Cragg

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>EDWARD PAUL CRAGG,<br><br>*Defendant.* | NO. 1:17-CR-00012<br><br><br>STIPULATION TO EXTEND TIME TO FILE MOTIONS PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULES 29 AND 33; ORDER |

To the above entitled District Court and the attorneys for the parties:

Please take notice that the parties in the case have agreed to extend time for the defendant EDWARD PAUL CRAGG ("Mr. Cragg") to file motions pursuant to Federal Rules of Criminal Procedure, rules 29 and 33, from the currently scheduled date of June 6, 2018, to the new date August 6, 2018. Should Mr. Cragg decide to file any motion, the parties have also agreed on the following briefing schedule:

1. Defense Motion(s) due: August 6, 2018;

2. Government Opposition Response(s) due: August 27, 2018;

3. Motion Hearing date: September 4, 2018.

The motion hearing date will coincide with the anticipated date of the sentencing hearing, which the parties have also agreed to continue by stipulation (*see* ECF 103). The extension of time of

1

file motions here is on the grounds that both parties agree that an extension to the new filing date is reasonable, necessary, supported by good cause, and in the interest of justice. (*See* Fed. R. Crim. P., rule 45.)

The good cause for extension of time here is that Mr. Cragg's defense counsel was only appointed after Mr. Cragg proceeded to jury trial *pro se* and was found guilty. Newly appointed defense counsel needs time to obtain and review the trial and other relevant transcripts and evaluate whether any motions pursuant to Federal Rules of Criminal Procedure, rules 29 and 33, might be appropriate. Defense counsel found put just today his CJA expense authorization for transcripts was approved. His understanding is that production of the transcripts will take approximately thirty days from today's date.

    For the reasons stated above, the parties stipulate as follows:

1. That Mr. Cragg's time to file any motions pursuant to Federal Rules of Criminal Procedure, rules 29 and 33, be extended to August 6, 2018;

2. That should any motion be filed, the prosecution shall file any opposition response by August 27, 2018;

3. That should any motion be filed, the motion hearing shall be scheduled for September 4, 2018, in Courtroom 4 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Lawrence J. O'Neill.

DATED: 6/5/18                          */s/ Ross Pearson*
                                                         Ross Pearson
                                                        Assistant U.S. Attorney

DATED: 6/5/18                          */s/ Richard M. Oberto*
                                                         RICHARD M. OBERTO
                                                         Attorney for Defendant,
                                                         Edward Paul Cragg

# **ORDER**

**IT IS HEREBY ORDERED** for good cause showing that the defendant EDWARD PAUL CRAGG's ("Mr. Cragg") time to file motions pursuant to Federal Rules of Criminal Procedure, rules 29 and 33, shall be extended from the currently scheduled date of June 6, 2018, to the new date of August 6, 2018. Should a motion be filed, any opposition response by the prosecution shall be due by August 27, 2018, and the motion hearing shall be scheduled for September 4, 2018, at 10:30 a.m. in Courtroom 4 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated: __June 7, 2018__        _____/s/ Lawrence J. O'Neill_____
                                         UNITED STATES CHIEF DISTRICT JUDGE