RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Edward Paul Cragg

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>EDWARD PAUL CRAGG,<br><br>*Defendant.* | NO. 1:17-CR-00012<br><br>MOTION FOR DEFENSE COUNSEL'S ACCESS TO SEALED RECORDS; ORDER; ATTORNEY DECLARATION |

To the above entitled District Court and the attorneys for the parties:

Please take notice that the defendant EDWARD PAUL CRAGG ("Mr. Cragg") is hereby moving for his appointed counsel, Richard M. Oberto ("Mr. Oberto"), to have access to sealed records in the above-captioned case. (*See* Fed. R. Crim. P., rule 49.1; E.D. Cal., Local Rules, rule 141(f).) Mr. Oberto was only appointed after Mr. Cragg proceeded to jury trail *pro se* and was found guilty. Mr. Oberto's access to the sealed records is necessary so that he may evaluate the case, including issues relating to sentencing, motions pursuant to Federal Rules of Criminal Procedure, rules 29 and 33, and other relevant defense matters. Mr. Oberto should have access to all sealed records in the case, including but not limited to the following specific records:

1. The sealed transcripts on February 22, 2018, where a *Marsden* hearing was held (*see* ECF 60);

2. Court Exhibits A, B, and C filed under seal on February 22, 2018, where a *Marsden* hearing was held (*see* ECF 60,62);

3. The sealed transcript on April 23, 2018, where an attorney-client issue was noted (*see* ECF 76);

4. Court Exhibits A and B filed under seal on April 23, 2018, where an attorney-client issue was noted (*see* ECF 76)

The justification for Mr. Oberto's access to the records is so that he may evaluate on Mr. Cragg's behalf any sentencing issues and trial court error arising from the sealed events.

DATED: 6/5/18                 */s/ Richard M. Oberto*
                                             RICHARD M. OBERTO
                                             Attorney for Defendant,
                                             Edward Paul Cragg

## **ORDER**

**IT IS HEREBY ORDERED** for good cause showing that the defendant EDWARD PAUL CRAGG's ("Mr. Cragg") defense counsel, Richard M. Oberto ("Mr. Oberto"), shall have access to all sealed records heretofore filed in this case (E.D. Cal. NO. 1:14-CR-00012), including but not limited to the following specific records:

1. The sealed transcript on February 22, 2018, where a *Marsden* hearing was held (*see* ECF 60);

2. Court Exhibits A, B, and C filed under seal on February 22, 2018, where *Marsden* hearing was held (*see* ECF 60, 62);

3. The sealed transcript on April 23, 2018, where an attorney-client issue was noted (*see* ECF 76);

4. Court Exhibits A and B filed under seal on April 23, 2018, where an attorney-client issue was noted (*see* ECF 76).

IT IS SO ORDERED.

Dated: **June 7, 2018**              /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE