# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:17-cr-00012-LJO-SKO |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW** |
| v. | |
| **EDWARD CRAGG,** | **REMOVED FROM CALENDAR** |
| Defendant. | |

The Court has received and reviewed the Defendant's Motion for Bail Review.

This is mislabeled and incorrectly argued as a pretrial/preconviction request for release pursuant to 18 USC 3143(a)(1), with more convenient burdens for release. In fact, this is a post-conviction motion guided by 18 USC 3143(a)(2).

As the Defendant is pending sentencing, this Court questions why the request was brought initially before a Magistrate Judge.

The Government has outlined the proper law and properly points out that the requisites the Defendant needs to satisfy involve a high burden. The Defendant has not, and cannot, meet those burdens. The motion is poorly researched, incorrectly argued, without merit and spurious: as such, counsel is not to bill for any work performed on this motion. The motion is DENIED. The matter is removed from the July 30, 2018 calendar.

IT IS SO ORDERED.

Dated: **July 20, 2018**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE