1
2
3
4
5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8 UNITED STATES OF AMERICA,

Case No.: 1:17-CR-00012-001 LJO

9 Plaintiff,

ORDER ASSIGNING DEFENDANT
PRO PER STATUS

10 v.

11 EDWARD PAUL CRAGG,

12 Defendant.

13

14    Defendant Edward Paul Cragg has requested that his current appointed counsel be

15 replaced with new appointed counsel.   The Court incorporates by reference the transcript from

16 the July 27, 2018 hearing wherein the Court pointed out that the current counsel is attorney

17 number 6 (2 retained and 4 appointed), that the defendant's definition of incompetent counsel is

18 a lawyer who refuses to be a puppet, and the motion was DENIED.  The Defendant then asked to

19 be allowed to represent himself in propria persona. After admonishing  (actually re-admonished)

20 him about the pitfalls of self-representation, the court has granted that request. Therefore it is

21 hereby ORDERED that:

22    1. The Clerk of the Court shall enter a substitution of attorney reflecting appointment as

23 attorney of record effective July 27, 2018:

24
25        EDWARD PAUL CRAGG

26        Booking number # 1738773

27        JID # 7081235

28        Fresno County Jail

P.O. Box 872

Fresno, CA 93721

2. A copy of this order shall be served on Fresno County Jail.

3. The defendant shall be granted law library access at the Fresno County Jail in preparation of post trial motions and sentencing.

4. Defendant's collateral request that the date for filing motions be extended for 60 days was granted, based on the clear attempts by the Defendant to delay every aspect of the case. The Court did, however, grant two extra weeks for the filing of post trial motions, but retained the sentencing date.

5. Sentencing remains set for September 4, 2018 at 10:30am.

IT IS SO ORDERED.

Dated: __**July 27, 2018**__          _____**/s/ Lawrence J. O'Neill**_____
                                        UNITED STATES CHIEF DISTRICT JUDGE