# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC No. 17 Cr. 12 LJO (SKO) |
| Plaintiff/Appellee, | USCA No. 18-10343 |
| v. | ORDER AUTHORIZING ACQUISITION OF SEALED RECORDS BY APPELLATE COUNSEL |
| EDWARD PAUL CRAGG, | |
| Defendant/Appellant. | |

Based upon the foregoing Stipulation Authorizing Acquisition of Sealed Materials

by Appellate Counsel, and for good cause shown, IT IS HEREBY ORDERED that the

following materials, which are currently under seal in whole or in part, shall be unsealed for

the limited purpose of providing them to Defendant/Appellant Edward Cragg's counsel of

record, Jay A. Nelson, and for no other purpose, by the clerk of the court, probation, and/or

court reporter in the above-captioned case:

- Clerk's Record 2, 6, 35-2, 63, 77-78, 114-15, 129, 134, 139; and

- Transcripts of hearings held 2/22/18, 4/23/18, 5/22/18, and 7/27/18.

IT IS FURTHER ORDERED that the foregoing materials shall be unsealed only for

the limited purpose of providing them to attorney Jay A. Nelson, that these materials shall

////

////

////

////

remain sealed for all other purposes, including from the public, and that any submission of these materials to the Court of Appeals shall be made under seal absent further Court order.

IT IS SO ORDERED.

Dated:  __October 18, 2018__                  _____/s/ Lawrence J. O'Neill_____
                                             UNITED STATES CHIEF DISTRICT JUDGE