1  RICHARD M. OBERTO
   ATTORNEY AT LAW
2  State Bar No. 247285
   516 W. Shaw Ave., Ste. 200
3  Fresno, California 93704
   Telephone: (559) 221-2557

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:17-CR-00012 |
|---|---|
| *Plaintiff,* | ) REQUEST TO STRIKE ORDER |
| | ) DENYING MOTION FOR BAIL REVIEW |
| v. | ) IN ECF 125 ON THE BASIS THAT |
| | ) DEFENSE COUNSEL TIMELY FILED |
| EDWARD PAUL CRAGG, | ) A WITHDRAWAL OF THE MOTION; |
| | ) ORDER |
| *Defendant.* | ) |

To the above-entitled District Court and the United States Attorney's Office:

Please take notice that the attorney Richard M. Oberto, former appointed counsel of record for the defendant Edward Paul Cragg, is requesting that the court strike the "Order Denying Defendant's Motion for Bail Review" (ECF 125 filed on 7/20/18) on the basis that, before the Order was issued, Mr. Oberto took timely and appropriate corrective action by filing a "Withdrawal of Motion for Bail Review" (ECF 124 filed on 7/19/18).

DATED: 2/8/19                    */s/ Richard M. Oberto*
                                  RICHARD M. OBERTO
                                  Attorney at Law

1

# **ORDER**

**IT IS HEREBY ORDERED** that the District Court's "Order Denying Defendant's Motion for Bail Review" (ECF 125 filed on 7/20/18) be stricken on the basis that, before the Order was issued, defense counsel took timely and appropriate corrective action by filing a "Withdrawal of Motion for Bail Review" (ECF 124 filed on 7/19/18). The Court was not aware of the withdrawal of the motion prior to issuing the order of denial.

IT IS SO ORDERED.

Dated: **February 11, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE