McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
LYNN TRINKA ERNCE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD PAUL CRAGG,<br><br>Defendant. | No. 1:17-CR-00012-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

On June 6, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the forfeiture allegation in the indictment and the special verdict for forfeiture entered by the jury, and the application for preliminary order of forfeiture and publication thereof forfeiting to the United States all right, title, and interest of defendant Edward Paul Cragg in the following property:

    a. OCZ Technology 60 GB 2.5 inch solid state hard drive with serial number 017681101002713, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016;

    b. Thermaltake Desktop Computer containing three hard disk drives, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016;

FINAL ORDER OF FORFEITURE      1

c. Republic of Gamers Model AX850 computer tower containing ten hard disk drives, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016;

d. ASUS 27" monitor, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016;

e. Vizio 54" monitor serial number LHPAQAH2908542, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016

f. Motorola Surfboard Modem serial number 317001110101839808040011, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016;

g. ASUS wireless router serial number BB1AGC002660, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016; and

h. Computers, cellular phones, SD cards, compact discs, hard drives, or other electronic storage devices, including all content and data stored thereon, containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about March 1, 2016.

The United States has submitted its Application for Final Order of Forfeiture for the above-listed assets.

Based upon the Application, the files and records in this case, and good cause appearing therefor,

It is hereby ORDERED and ADJUDGED that:

1. All right, title, and interest in the above-listed assets is forfeited to the United States of America pursuant to 18 U.S.C. § 2253, to be disposed of according to law.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

///

3. The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **October 21, 2019**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE