**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**EDWARD PAUL CRAGG**<br><br>　　　　　　　　　Defendant. | <br><br><br>CR NO: 1:17-CR-00012-NONE-SKO |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　　☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | EDWARD PAUL CRAGG | |
| Detained at | LOMPOC FCI – Reg # 76277-097 | |
| Detainee is: | a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>　　　charging detainee with: **U.S.C. § 2252(a) (2) -Receipt/Distribution of Child Pornography** | |
| | b.) ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will:<br>or | a.) ☒ return to the custody of Bureau of Prisons if convicted and sentenced<br>b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary on February 17, 2021 at 1:00 p.m. in Fresno (Eastern District of California).*

| | |
|---|---|
| Signature: | /s/ David L. Gappa |
| Printed Name & Phone No: | David L. Gappa/ 559-497-4020 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, ***on February 17, 2021, at 1:00 p.m.***, and any further proceedings to be had in this cause, and at the conclusion of the proceedings to return the detainee to the above-named custodian.

Dated: February 5, 2021

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Edward Paul Cragg | ☒Male ☐Female | |
| Booking or CDC #: | LOMPOC FCI – Reg # 76277-097 | DOB: | 9-8-1979 |
| Facility Address: | 3600 GUARD ROAD LOMPOC CA 93436 | Race: | Caucasian |
| Facility Phone: | 805-736-4154 | FBI#: | |
| Currently | Lompoc FCI | | |

**RETURN OF SERVICE**

Executed on: _____
　　　　　　　　　　　　(signature)