IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:17-CR-00012-JLT-SKO |
| Plaintiff, | FINDINGS AND ORDER |
| v. | PROPOSED TRIAL DATE: April 23, 2024<br>TIME: 8:30 a.m. |
| EDWARD PAUL CRAGG, | COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

## [~~PROPOSED~~] FINDINGS AND ORDER

The court has reviewed and considered the stipulation filed by the parties on September 29, 2023, and also reviewed the record of this case.

IT IS HEREBY ORDERED that the trial in this case is rescheduled to begin on April 23, 2024, at 8:30 a.m. The hearing on motions and trial confirmation for this case be scheduled for April 1, 2024, at 10:00 am.  The time period between December 4, 2023, through April 23, 2024, inclusive, is deemed excludable under 18 U.S.C. § § (h)(7)(A), (h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's findings, based on the reasons stated in the parties' stipulation, that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   __September 29, 2023__

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE