PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00012-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION FOR NEW TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| EDWARD PAUL CRAGG, | PROPOSED TRIAL DATE: September 17, 2024 |
| Defendant. | TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

This case is currently set for a jury trial scheduled to begin April 23, 2024. Since that date was selected, the defense requested that the government make available for review and analysis a computer with approximately 22 terabytes of data. The government has made that data available at a law enforcement facility convenient to the defense, but additional time is needed for the defense expert to conduct its analysis. That cannot be completed in time to keep the current trial date. The parties have coordinated schedules to find the date that best fits the calendars of counsel and the court. The parties have agreed to reschedule the trial to start on September 17, 2024, at 8:30 a.m. Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter has been scheduled for a trial set to begin on April 23, 2024. At the defendant's request, the government had made approximately 22 terabytes of data available for review at a law enforcement facility convenient to the defense, but additional time is

needed for the defense expert to conduct its analysis.

2. By this stipulation, the parties have agreed to a new start date of September 17, 2024, with a trial confirmation and motions hearing date of September 3, 2024.  The parties also have agreed to exclude time under the Speedy Trial Act through the start of the trial on September 17, 2024, based on 18 U.S.C. § § (h)(7)(A), (h)(7)(B)(i) and (iv).  Motions in limine will be due by August 12, 2024, with any response due August 26, 2024.

3. The parties agree that this is the earliest date on which the parties and essential witnesses can be prepared and available to start the trial.

4. Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

| Dated:  April 2, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ David Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney |
| Dated:  April 2, 2024 | /s/ MARC DAYS<br>MARC DAYS<br>Counsel for Defendant<br>EDWARD PAUL CRAGG |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>EDWARD PAUL CRAGG,<br><br>                    Defendant. | CASE NO.  1:17-CR-00012-JLT-SKO<br><br>FINDINGS AND ORDER<br><br>TRIAL DATE: September 17, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation filed by the parties on April 2, 2024, and also reviewed the record of this case.

IT IS HEREBY ORDERED that the trial in this case is rescheduled to begin on September 17, 2024, at 8:30 a.m. Motions in limine will be due by August 12, 2024, with any response due August 26, 2024.

IT IS FURTHER ORDERED that the hearing on motions and trial confirmation for this case be scheduled for September 3, 2024, at 10:00 am.

IT IS FURTHER ORDERED that the time period between April 23, 2024, and September 17, 2023, inclusive, is deemed excludable under 18 U.S.C. § § (h)(7)(A), (h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's findings, based on the reasons stated in the parties' stipulation, that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

   Dated:  **April 4, 2024**

                                                                                   UNITED STATES DISTRICT JUDGE