Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
Edward Cragg

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>EDWARD CRAGG<br><br>　　　　　　　Defendant. | Case No.: 1:17-cr-00012 JLT-SKO<br><br>STIPULATION FOR FILING SCHEDULE AND HEARING DATE<br><br>DATED:  November 25, 2024<br>Time: 9:00 am<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney, David Gappa, Counsel for the Plaintiff, and Marc Days, Counsel for Defendant Edward Cragg.  Defendant has filed a motion to suppress and for a Franks hearing.  [Dkt. 298].  Based on Defendant's motion, counsel agree and stipulate that the following motions schedule shall apply as to the motion:

　　　　a)  The government's response to the motion will be due on October 7, 2024.

　　　　b)  Defendant's reply to the government's response will be due on November 6, 2024.

　　　　c)  The Court will hold a hearing on the motion on November 25, 2024, at 9:00 am.

///

///

///

///

IT IS SO STIPULATED.

Dated:  September 13, 2024                /s/ Marc Days
                                          MARC DAYS
                                          Attorney for Edward Cragg

Dated:  September 13, 2024                /s/ David Gappa
                                          DAVID GAPPA
                                          Assistant United States Attorney

## ORDER

    IT IS SO ORDERED.


IT IS SO ORDERED.

    Dated:  **September 16, 2024**                                          
                                                    UNITED STATES DISTRICT JUDGE