MICHELE BECKWITH
Acting United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

McKENZIE HIGHTOWER
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue NW, 11TH Floor
Washington, DC 20005
Telephone: 202-215-7126

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>EDWARD PAUL CRAGG,<br><br>                        Defendant. | CASE NO.  1:17-CR-00012-JLT-SKO<br><br>STIPULATION FOR NEW TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>TRIAL DATE: September 9, 2025<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

This case is currently set for a jury trial beginning February 25, 2025.  Since that date was selected, the government has complied with its discovery and disclosure obligations, but the defense would benefit from additional time to review the government's discovery and disclosures.  That has become more difficult, because the defense computer forensics agent has left Roloff Digital Forensics, and a new examiner has had to become familiar with the case and finalize trial preparation.  The parties have coordinated schedules to find the date that best fits the calendars of witnesses, counsel, and the court.  The parties have agreed to reschedule the trial to start on September 9, 2025, at 8:30 a.m.  In conjunction with these communications, the parties have attempted to streamline the trial by agreeing to

the chain of custody of electronic evidence and that devices have been forensically imaged. Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order, this matter has been scheduled for a trial set to begin on February 25, 2025. At the defendant's request, the government had made at least 22 terabytes of data available for review at a law enforcement facility convenient to the defense. The defense expert (Joshua Michel) who had been retained to review that data and assist in defense trial preparation recently left Roloff Digital Forensics, and a new examiner has been assigned to work on the case. The government also has recently provided a forensic report and a summary of proposed testimony, including making portions of the report that include contraband material available for defense review at an on-site location. The defense would benefit from additional time to review this material.

2. In addition, the parties believe that resources can be conserved by agreeing to the chain of custody of electronic evidence that was extracted from devices seized from the defendant's residence on approximately March 1, 2016. More specifically, the parties agree that computers and electronic storage devices that were seized by law enforcement during execution of the residential search warrant have been maintained within the custody of law enforcement since their seizure. The parties further agree that: forensic images for Item 17 were created on March 30, 2016, for SSD-2 and March 31, 2016, for SSD-1; a forensic image for Item 22 was created on March 30, 2016; and that forensic images for Item 23 were created on April 6, 2016, for SSD-1 and April 7, 2016, for SSD-2  Additionally, the parties agree that these devices were reliably and accurately extracted by law enforcement or the High Technology Investigative Unit (HTIU) at the Department of Justice Child Exploitation and Obscenity Section in Washington D.C. The parties also agree that a forensic image named "Big-RAID.img" (which consists of "SC-7680477-1B7-HD6.E01," "SC-7680477-1B7-HD7.E01," "SC-7680477-1B7-HD8.E01," and "SC-7680477-1B7-HD9.E01") and that a forensic image named "Little-RAID.IMG" (which consists of "SC-7680477-1B7-HD2.E01," "SC-7680477-1B7-HD3.E01," "SC-7680477-1B7-HD4.E01," and "SC-7680477-1B7-HD5.E01") were created on September 1, 2024, by HTIU Director James Fottrell. The parties agree that the forensic images that Mr. Fottrell worked with were created from February 14, 2024, through February 22, 2024, and reliably and accurately extracted by SDFE Garcia.

1  This agreement would be superseded by any contrary court ruling on the defendant's pending motion to
2  suppress evidence.
3       3.     By this stipulation, the parties have agreed to a new start date of September 9, 2025, with
4  a trial confirmation and motions hearing date of August 18, 2025.  The parties also have agreed to
5  exclude time under the Speedy Trial Act through the start of the trial on September 9, 2025, based on 18
6  U.S.C. § § (h)(7)(A), (h)(7)(B)(i) and (iv).  Any motions in limine will be due by August 4, 2025, with
7  any response due August 11, 2025.
8       4.     The parties agree that this is the earliest date on which the parties, essential witnesses,
9  and the court can be prepared and available to start the trial.
10      5.     Based on this stipulation, the parties request that the court issue the attached proposed
11 order.
12 IT IS SO STIPULATED.

Dated:  January 29, 2025                    MICHELE BECKWITH
                                            Acting United States Attorney

                                            /s/ David Gappa
                                            DAVID L. GAPPA
                                            Assistant United States Attorney


Dated:  January 29, 2025                    /s/ MARC DAYS
                                            MARC DAYS
                                            Counsel for Defendant
                                            EDWARD PAUL CRAGG

STIPULATION REGARDING EXCLUDABLE TIME             3
PERIODS UNDER SPEEDY TRIAL ACT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD PAUL CRAGG,<br><br>　　　　　　Defendant. | CASE NO.  1:17-CR-00012-JLT-SKO<br><br>TRIAL DATE: September 9, 2025<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation filed by the parties on January 29, 2025, and also reviewed the record of this case.

IT IS HEREBY ORDERED that the trial in this case is rescheduled to begin on September 9, 2025, at 8:30 a.m. Motions in limine will be due by August 4, 2025, with any response due August 11, 2025.

IT IS FURTHER ORDERED that the hearing on motions and trial confirmation for this case be scheduled for August 18, 2025, at 10:00 am.

IT IS FURTHER ORDERED that the time period between February 25, 2025, and September 9, 2025, inclusive, is deemed excludable under 18 U.S.C. § § (h)(7)(A), (h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's findings, based on the reasons stated in the parties' stipulation, that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**January 30, 2025**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME　　　　4
PERIODS UNDER SPEEDY TRIAL ACT