ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

McKENZIE HIGHTOWER
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue NW, 11th Floor
Washington, DC 20005
Telephone: (202) 215-7126

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD PAUL CRAGG, <br><br> Defendant. | Case No. 1:17-CR-00012-JLT-SKO <br><br> PRELIMINARY ORDER OF FORFEITURE |

     Based upon the jury's findings of fact and conclusions of law, and the evidence entered at the jury trial herein, it is hereby ORDERED, ADJUDGED and DECREED as follows:

    1.    Pursuant to 18 U.S.C. § 2253(a), defendant Edward Paul Cragg's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.    OCZ Technology 60 GB 2.5-inch solid state hard drive with serial number 017681101002713, seized from defendant by law enforcement on or about March 1, 2016,

        b.    Thermaltake Desktop Computer containing three hard disk drives, seized from defendant by law enforcement on or about March 1, 2016, and

    c. Republic of Gamers Model AX850 computer tower containing ten hard disk drives, including all content and data stored thereon, seized from defendant by law enforcement on or about March 1, 2016.

  2. The above-listed assets constitute property which were used or intended to be used to commit and promote a violation of 18 U.S.C. § 2252(a)(2).

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Federal Bureau of Investigation, in its secure custody and control.

  4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within 60 days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30 days from receipt of direct written notice, whichever is earlier.

  5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **September 23, 2025**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE  2