UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:17-CR-00012-1-JLT |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER APPOINTING COUNSEL** |
| EDWARD P. CRAGG, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

The defendant has satisfied this Court that he is financially unable to obtain counsel to represent him on appeal.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1.	David A. Schlesinger, be appointed to represent the above defendant in this case effective *nunc pro tunc* to February 17, 2026. This appointment shall remain in effect until further order of this court.

2.	Current trial counsel, Marc Days, will remain on the case until the completion of the restitution hearing at which time the Court will relieve him.


IT IS SO ORDERED.

Dated:	**February 17, 2026**

UNITED STATES DISTRICT JUDGE

-1-