ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDWARD CRAGG,<br>Defendant. | CASE NO. 1:17-CR-00012 JLT<br>STIPULATION REGARDING RESTITUTION HEARING<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, David L. Gappa, and defendant Edward Cragg, by and through his counsel Marc Days, agree as follows:

1. The court sentenced the defendant on March 17, 2026, and deferred the issue of restitution to a future date. The hearing date is currently set for September 21, 2026. The parties have attempted to resolve issues related to restitution without the need for additional litigation and would benefit from additional time to continue that process.

2. The defendant has been moved to a Bureau of Prisons facility, and that has hindered the process of attorney-client communications. In addition, the government has had to communicate with numerous attorneys for multiple victims.

3. In an effort to conserve resources of the parties and the court, the parties propose converting the current hearing date to a status conference. The parties anticipate that by that date they

will either be able to reschedule briefing deadlines or present a written resolution of the outstanding issues.

4. Accordingly, the parties request that the court vacate the current briefing schedule but retain the September 21, 2026, court date.

Dated: August 21, 2026

ERIC GRANT
United States Attorney

/s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney

Dated: August 21, 2026

/s/ Marc Days
MARC DAYS
Counsel for Edward Cragg

**ORDER**

The court has reviewed and considered the stipulation of the parties that was filed on August 21, 2026. Good cause appearing for the requested action,

IT IS HEREBY ORDERED that the current briefing schedule be vacated. The court will retain the September 21, 2026, date for a hearing on the status of issues related to restitution. If the parties resolve issues prior to then, they are invited to submit a stipulation and proposed order to vacate that hearing date.

IT IS SO ORDERED.

Dated: August 21, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE